BEFORE THE SECOND DIVISION, JANUARY 14, 1965

No. 69012.—The Lumiscope Co. *v.* United States, protests 64/4564 and 64/8466 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

JANUARY 13, 1965

No. 69013.—H. H. Elder & Co. and Forest Lawn Co. *v.* United States, protest 59/29392.— Plaintiffs' application for rehearing denied.

BEFORE THE SECOND DIVISION, JANUARY 18, 1965

No. 69014.—Brunn & Bertheim *v.* United States, protest 60/5040 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstracts 58565 and 67893, except that in Abstract 58565 the merchandise was in chief value of feathers whereas that involved herein is in chief value of rayon, the claim of the plaintiff was sustained.